IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 5:91CV89 |
| | ) | (Financial Litigation Unit) |
| RONALD E. WILSON, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| ETHAN ALLEN INC. MAIDEN DIVISION, | ) | |
| Garnishee. | ) | |

DISMISSAL OF ORDER OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case against the defendant Ronald E. Wilson is DISMISSED.

**SO ORDERED**.

Signed: August 17, 2006

Carl Horn, III
United States Magistrate Judge